UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case Number: GJH 22-cr-0258 |
| | : | |
| | : | |
| ALI DICKERSON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**NOTICE TO STRIKE APPEARANCE**

Mister/Madam Clerk:

Please strike the appearance of ANTHONY D. MARTIN, on behalf of the Defendant; ALI DICKERSON; who has retained private counsel

                Respectfully submitted,
                ANTHONY D. MARTIN, PC

By:   /S/_____
        Anthony D. Martin, 5224
        GREENWAY CENTER OFFICE PARK
        7474 Greenway Center Drive, Ste 150
        Greenbelt, MD 20770
        (301) 220-3700; (301) 220-1625 (fax)